GERDA A. KLEIJKAMP, ESQ. State Bar Number 213772
KLASS, HELMAN & ROSS
16133 Ventura Boulevard Suite 1145
Encino, California 91436
Telephone:     (818) 788-7007
Facsimile:     (818) 990-2399

Attorneys for Plaintiffs

Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

Filed
CLERK, U.S. DISTRICT COURT
AUG 23, 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| KLASS, HELMAN & ROSS, DAVID LANE, JAMES HAWSE<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>STEPHEN BROWN, MARY BROWN JTTEN, MILAGRO HOLDINGS, INC., a New York corporation, WM Financial Services, Inc. and Does 1 through 10,<br><br>　　　　Defendants. | Case No. CV04-6427 SVW (ssX)<br><br>**TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br><br>Hon. Stephen V. Wilson<br>Complaint Filed 08/03/2004<br>Courtroom: 6<br><br>DOCKETED ON CM<br>AUG 25 2004<br>BY _____ 012 |

ON READING OF THE EX PARTE APPLICATION for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction against WM FINANCIAL SERVICES, INC. and STEPHEN BROWN, the Memorandum of Points and Authorities and Declarations of GERDA A. KLEIJKAMP, ROBERT M. ROSS and JEANNE SARMIENTO submitted therewith, it appears to the satisfaction of the Court that this

***

KHR vs BROWN NOT-INTPARTIES

is a proper case for granting a Temporary Restraining Order and an Order to Show Cause for a Preliminary Injunction, and that, unless the Temporary Restraining Order prayed for be granted without notice, great or irreparable injury will result to plaintiffs before the matter can be heard on notice because, unless WM FINANCIAL SERVICES, INC. is restrained from transferring or disposing of the shares which are subject to specific performance requirements under agreements alleged in plaintiffs' First Amended Complaint filed August 10, 2004, defendant BROWN can cause their removal from the possession of WM FINANCIAL SERVICES all to the detriment of plaintiffs and further, if said shares are to be distributed to an alleged *bona fide* purchaser without notice of plaintiffs' claims, plaintiffs' rights to the said shares may be fatally compromised.

IT IS ORDERED that STEPHEN BROWN and WM FINANCIAL SERVICES, INC., a Washington Corporation, duly qualified to do business in the State of California, appear in Courtroom 6/Room 850 of this Court, located at 312 N. Spring Street, Los Angeles, California 90012, on August __, 2004 at _____ a.m./p.m., or as soon thereafter as the matter may be heard, then and there to show cause, if any they have, why they and their officers, agents, servants, employees, and representatives, and all persons acting in concert or participating with them, should not be enjoined and restrained during the pendency of this action from transferring,

conveying, selling or in any way disposing of or relinquishing possession of any of the shares it holds for defendant STEPHEN BROWN in an account in the name of defendant STEPHEN BROWN and/or in the joint names of defendants STEPHEN BROWN and MARY BROWN AKA MARY BROWN JTTEN, or do anything that will result in frustration of the rights of plaintiffs to these shares during the pendency of the within action against defendants.

IT IS FURTHER ORDERED that, pending the hearing and determination of the Order to Show Cause, WM FINANCIAL SERVICES, INC., as the holder of the shares, and defendant STEPHEN BROWN, and their officers, agents, employees, representatives, and all persons acting in concert or participating with them, are hereby restrained and enjoined from engaging in or performing, directly or indirectly, any and all of the following acts:

(a) transferring, conveying, selling or in any way disposing of or relinquishing possession of any of the shares held in the account at WM FINANCIAL SERVICES, INC. in the name of defendant STEPHEN BROWN and/or in the joint names of defendants STEPHEN BROWN and MARY BROWN AKA MARY BROWN JTTEN, or do anything that will result in frustration of the rights of plaintiffs to these shares during the pendency of the within action against defendants.

////

KHR vs BROWN NOT-INTPARTIES

-3-

IT IS FURTHER ORDERED that copies of the Ex Parte Application for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction, and the Memorandum of Points and Authorities and Declarations submitted therewith, and this Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction be served on Stephen Brown and WM FINANCIAL SERVICES, INC. not later than August 28, 2004.

~~Bond is ordered in the sum of $~~

This Order shall expire by its terms within 10 days after entry of record, unless within the time so fixed, the order, for good cause shown, is extended for a like period or unless the party against whom the order is directed consents that it may be extended for a longer period.

ISSUED: This 23 day of August, 2004 at 3:45 a.m./p.m.

_____
Hon. Stephen V. Wilson
U.S. District Court, Central District

KHR vs BROWN NOT-INTPARTIES

-4-