GERDA A. KLEIJKAMP, ESQ. State Bar Number 213772
KLASS, HELMAN & ROSS
16133 Ventura Boulevard Suite 1145
Encino, California 91436
Telephone:      (818) 788-7007
Facsimile:      (818) 990-2399

Attorneys for Plaintiffs

Priority ___
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
OCT - 7 2004
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

LODGED
2004 OCT -6 PM 3:04
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| KLASS, HELMAN & ROSS, DAVID LANE, JAMES HAWSE<br><br>              Plaintiffs,<br><br>vs.<br><br>STEPHEN BROWN, MARY BROWN JTTEN, MILAGRO HOLDINGS, INC., a New York corporation,<br><br>              Defendants. | Case No. CV04-6427 SVW (ssX)<br><br>**REQUEST FOR DISMISSAL**<br><br><br>Hon. Stephen V. Wilson<br>Complaint Filed 08/03/2004<br>Courtroom:     6 |

TO THE COURT, THE CLERK, the parties and their attorneys of record:

Plaintiffs, KLASS, HELMAN & ROSS, DAVID LANE AND JAMES

---

**REQUEST FOR DISMISSAL**
KHR vs BROWN NOT-INTPARTIES

DOCKETED ON CM
OCT - 8 2004
BY _____ 009

| | |
|---|---|
| 1 | |
| 2 | HAWSE, hereby respectfully request that the Temporary Restraining |
| 3 | order shall be dissolved and that the within action be dismissed |
| 4 | with prejudice as to all parties and all causes of actionn. |
| 5 | DATED: October 5, 2004          KLASS, HELMAN & ROSS |
| 6 | |
| 7 | By: _____ |
| 8 |          GERDA A. KLEIJKAMP |
|   | Attorneys for Plaintiffs |

TO THE CLERK:

Dismissal entered as requested on: October 7, 2004.

IT IS SO ORDERED.

DATED: October 7, 2004          Clerk, by _____

USDJ        STEPHEN V. WILSON

---

KHR vs BROWN NOT-INTPARTIES

**REQUEST FOR DISMISSAL**
-2-

## PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 16133 Ventura Boulevard, Suite 1145, Encino, California 91436.

On October 5, 2004, I served the foregoing document, described as:

**REQUEST FOR DISMISSAL**

[X]  By placing [  ] the original [XX] true copie(s) thereof, enclosed in a sealed envelope(s), addressed as follows:

**Susan Formaker, Esq.**
**WM Financial Services, Inc.**
**9200 Oakdale Avenue, 7th Floor**
**Chatsworth, CA 91311**

[X]  **BY MAIL:** I caused such envelope to be deposited in the mail box located at Encino, California. The envelope was mailed with postage thereon fully prepaid.

I am familiar with this firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on the same day in the ordinary course of business. I am aware that, on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in this affidavit.

[ ]  **BY PERSONAL SERVICE:** I delivered such envelope by hand to the addressee.

[ ]  **BY FACSIMILE:** I sent a copy of said document by facsimile machine for instantaneous transmittal via telephone line to offices of the addressee.

[✓] **Federal:**  I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED on October 5, 2004, at Encino, California.

GERDA A. KLEINKAMP